```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

                            ----oo0oo----
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civ. S-07-02105-WBS-KJM |
| Plaintiff, | |
| v. | |
| REAL PROPERTY LOCATED AT 13 BLIZZARD MINE ROAD, WILSEYVILLE, CALIFORNIA, CALAVERAS COUNTY, APN: 012-011-004, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |
| _____/ | |
| UNITED STATES OF AMERICA, | Civ. S-07-02114-LEW-KJM |
| Plaintiff, | |
| v. | |
| REAL PROPERTY LOCATED AT 24545 N. SUTTENFIELD ROAD, ACAMPO, CALIFORNIA, SAN JOAQUIN COUNTY, APN: 021-042-16, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |
| _____/ | |

                            RELATED CASE ORDER

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule

123(a) (E.D. Cal. 1984) for the reason that they arise from the same law enforcement investigation and involve substantially the same parties, events and transactions.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

        The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate to whom the first filed action was assigned.

        IT IS THEREFORE ORDERED that the actions denominated <u>U.S. v. Real Property Located at 24545 N. Suttenfield Road, Acampo, California</u>, Civ. S-07-02114-LEW-KJM and <u>U.S. v. Real Property Located at 12 Blizzard Mine Road, Wilseyville, California</u>, Civ. S-07-02105-WBS-KJM should be, and the same hereby are, deemed related.  Accordingly, the case denominated <u>U.S. v. Real Property Located at 24545 N. Suttenfield Road, Acampo, California</u>, Civ. S-07-2114-LEW-KJM shall be reassigned to the Honorable WILLIAM B. SHUBB and Magistrate Judge Kimberly J. Mueller for all further proceedings.  Any dates currently set in the reassigned case <u>only</u> are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as <u>U.S. v. Real Property Located at 24545 N. Suttenfield Road, Acampo, California</u>, Civ. S-07-02114 WBS-KJM.

        IT IS FURTHER ORDERED that the Clerk of the Court make the appropriate adjustment in the assignment of civil cases

1  to compensate for this reassignment.  The Clerk is directed to
2  issue a scheduling order to all parties in case Civ. S-07-02114-
3  WBS-KJM.
4  DATED:   November 5, 2007

   WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE