1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Claimant
   WILLIAM H. PEARCE
7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 | UNITED STATES OF AMERICA,                      ) No. 2:07-CV-02105 WBS-KJM
   |                                                )
14 |                 Plaintiff,                     )
   |                                                ) **STIPULATION AND ORDER APPOINTING**
15 |     v.                                         ) **COUNSEL, EXTENDING TIME FOR CLAIM**
   |                                                ) **AND ANSWER, AND CONTINUING STATUS**
16 | REAL PROPERTY LOCATED AT 13                    ) **(PRETRIAL SCHEDULING) CONFERENCE**
   | BLIZZARD MINE ROAD,                            )
17 | WILSEYVILLE, CALIFORNIA,                       )
   | CALAVERAS COUNTY, APN: 012-011-                )
18 | 004, INCLUDING ALL                             ) Judge: Hon. William B. Shubb
   | APPURTENANCES AND IMPROVEMENTS                 )
19 | THERETO,                                       )
   |                                                )
20 |                 Defendant.                     )
   | _____          )
21 |                                                )
   | UNITED STATES OF AMERICA,                      ) No. 2:07-CV-02114 WBS-KJM
22 |                                                )
   |                 Plaintiff,                     ) **STIPULATION AND ORDER APPOINTING**
23 |                                                ) **COUNSEL, EXTENDING TIME FOR CLAIM**
   |     v.                                         ) **AND ANSWER, AND CONTINUING STATUS**
24 |                                                ) **(PRETRIAL SCHEDULING) CONFERENCE**
   | REAL PROPERTY LOCATED AT 24545                 )
25 | N. SUTTENFIELD ROAD, ACAMPO,                   )
   | CALIFORNIA, SAN JOAQUIN COUNTY,                )
26 | APN: 021-042-16,                               ) Judge:  Hon. William B. Shubb
   |                                                )
27 |                 Defendant                      )
   | _____          )
28

1    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and claimant, William H. Pearce, as follows:

1. On October 5, 2007, plaintiff filed the above-captioned complaints for forfeiture in rem against real properties owned by William H. Pearce. On October 26, 2007, plaintiff personally served Mr. Pearce with both complaints. On November 6, 2007, this Court issued a Related Case Order reassigning Civ. S-07-2114 to the Hon. William B. Shubb and Magistrate Judge Mueller, to whom Civ. S-07-2105 had previously been assigned. An initial status (scheduling) conference in Civ. S-07-2105 is set for December 3, 2007, and a similar conference is set in Civ. S-07-2114 for December 17, 2007.

2. Mr. Pearce recently contacted the Office of the Federal Defender for assistance after learning that he is under criminal investigation by the United States Attorney for the same conduct alleged in the civil complaints. He requested appointment of counsel and, on November 9, 2007, Magistrate Judge Drozd appointed the Office of the Federal Defender to represent him after determining that Mr. Pearce is presently unable to retain counsel.

3. Section 983, subd. (b)(1)(A) of Title 18, United States Code, provides as follows:

> If a person with standing to contest the forfeiture of property in a civil judicial forfeiture proceeding under a civil forfeiture statute is financially unable to obtain representation by counsel, and the person is represented by counsel appointed under section 3006A of this title in connection with a related criminal case, the court may authorize counsel to represent that person with respect to the claim.

4. The parties agree that, pursuant to 18 U.S.C. § 983, the Court may authorize the Federal Defender's Office to represent Mr. Pearce in Civ. S-07-2105 and Civ. S-2114.

Stip. & Order re claimant Pearce         -2-

1      5.  In order to allow sufficient time for the Federal Defender's
2 Office to review this matter prior to filing a claim to the property
3 and answering the Verified Complaint for Forfeiture In Rem, the parties
4 request the following:
5      (a) that the Court extend the time for filing the verified claim
6 and answer to January 14, 2008;
7      (b) that the status conferences scheduled for December 3 and 17,
8 2007, be continued to February 11, 2008, at 2:00 p.m.; and
9      (c) the parties' joint status report be filed by January 28, 2008.

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  November 15, 2007               /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender

                                        McGREGOR SCOTT
                                        United States Attorney

Dated:  November 19, 2007               /s/ Kristin S. Door
                                        KRISTIN S. DOOR
                                        Assistant U.S. Attorney

**O R D E R**

The Office of the Federal Defender is authorized to represent Mr. Pearce in the above-captioned actions.  The time for filing the verified claim and answer is extended by agreement of the parties to January 14, 2008.  The status conferences scheduled for December 3 and 17, 2007, are continued to February 11, 2008, at 2:00 p.m.  The

Stip. & Order re claimant Pearce         -3-

1 | parties' joint status report shall be filed by January 28, 2008.
2 |     IT IS SO ORDERED.

Dated:   November 19, 2007

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. & Order re claimant Pearce            -4-