1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10                           ----oo0oo----

11  UNITED STATES OF AMERICA,

12           Plaintiff,              CIV. NO. S-07-02105 WBS KJM

13  vs.

14  REAL PROPERTY LOCATED AT 13
    BLIZZARD MINE ROAD, WILSEYVILLE,        RELATED CASE ORDER
15  CALIFORNIA, CALAVERAS COUNTY,
    APN: 012-011-004, INCLUDING
16  ALL APPURTENANCES AND IMPROVEMENTS
    THERETO,
17
             Defendants.
18  _____/

19  UNITED STATES OF AMERICA,

20           Plaintiff,              CIV. NO. S-07-02114 WBS KJM

21  vs.

22  REAL PROPERTY LOCATED AT
    24545 N. SUTTENFIELD ROAD,
23  ACAMPO, CALIFORNIA, SAN JOAQUIN
    COUNTY, APN: 021-042-16, INCLUDING
24  ALL APPURTENANCES AND IMPROVEMENTS
    THERETO,
25
             Defendants.
26  _____/

27  UNITED STATES OF AMERICA,         CIV. NO. S-08-00577 MCE EFB

28           Plaintiff,

    vs.

1  APPROXIMATELY $26,395.00 IN U.S.
   CURRENCY,
2
   APPROXIMATELY $10,880.00 IN U.S.
3  CURRENCY,

4  APPROXIMATELY $5,0000 IN U.S.
   CURRENCY,
5
   APPROXIMATELY $9,932.73 IN U.S.
6  CURRENCY SEIZED FROM WASHINGTON
   MUTUAL BANK, CD, ACCOUNT NUMBER
7  09414284883,

8  APPROXIMATELY $9,966.82 IN U.S.
   CURRENCY SEIZED FROM WASHINGTON
9  MUTUAL BANK ACCOUNT NUMBER
   093400000117054,
10
   APPROXIMATELY $26,712.81 IN U.S.
11 CURRENCY SEIZED FROM WASHINGTON
   MUTUAL BANK ACCOUNT NUMBER
12 093400000117020,

13 APPROXIMATELY $2,976.06 IN U.S.
   CURRENCY SEIZED FROM WASHINGTON
14 MUTUAL BANK ACCOUNT NUMBER
   009300008192250,
15
   APPROXIMATELY $413.67 IN U.S.
16 CURRENCY SEIZED FROM WELLS FARGO
   ACCOUNT NUMBER 056-4346773, and
17
   MISCELLANEOUS GROW EQUIPMENT,
18
            Defendants.
19 _____/

20

21        Examination of the above-entitled actions reveals that

22 these actions are related within the meaning of Local Rule

23 123(a) (E.D. Cal. 1984).  All of the parties to United States of

24 America v. Real Property at 13 Blizzard Mine Road, et al., Civ.

25 No. S-07-02105 WBS KJM, and United States of America v. Real

26 Property Located at 24545 N. Suttenfield Road, etc., et al.,

27 Civ. No. S-07-02114, are also parties in United States of

28 America v. Approximately $26,395.0 in U.S. Currency, et al.,

1  Civ. No. 08-00577 MCE EFB, and all cases arise from the same law

2  enforcement investigation, and thus involve substantially the

3  same parties, events and transactions.  Accordingly, the

4  assignment of the matters to the same judge is likely to effect

5  a substantial saving of judicial effort and is also likely to be

6  convenient for the parties.

7        The parties should be aware that relating the cases

8  under Local Rule 123 merely has the result that both actions are

9  assigned to the same judge; no consolidation of the actions is

10 effected.  Under the regular practice of this court, related

11 cases are generally assigned to the judge and magistrate to whom

12 the first filed action was assigned.

13        IT IS THEREFORE ORDERED that the actions denominated

14 United States of America v. Real Property at 13 Blizzard Mine

15 Road, et al., Civ. No. S-07-02105 WBS KJM, United States of

16 America v. Real Property Located at 24545 N. Suttenfield Road,

17 etc., et al.,Civ. No. S-07-02114, and United States of America

18 v. Approximately $26,395.0 in U.S. Currency, et al., Civ. No.

19 08-00577 MCE EFB, should be, and the same hereby are, deemed

20 related and the case denominated United States of America v.

21 Approximately $26,395.0 in U.S. Currency, et al., Civ. No. 08-

22 00577 MCE EFB, shall be reassigned to the Honorable WILLIAM B.

23 SHUBB and Magistrate Judge Kimberly J. Mueller for all further

24 proceedings. Any dates currently set in the reassigned case only

25 are hereby VACATED.  Henceforth, the caption on documents filed

26 in the reassigned case shall be shown as United States of

27 America v. Approximately $26,395.00 in U.S. Currency, etc., et

28 al., Civ. No. 08-00577 WBS KJM.

1          IT IS FURTHER ORDERED  that the Clerk of the Court

2 make the appropriate adjustment in the assignment of civil cases

3 to compensate for this reassignment.    The Clerk is directed to

4 issue a scheduling order to all parties.

5 DATED:  March 20, 2008

6

7 _____

   WILLIAM B. SHUBB

8 UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28